```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 11525
   BETTY YOUNG
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3388

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 06/28/2007 and was not confirmed.

   The case was dismissed without confirmation 07/30/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED       1485.54          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       2761.92          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED       1157.11          .00            .00
ROUNDUP FUNDING LLC        UNSECURED        230.54          .00            .00
PRO SE DEBTOR              DEBTOR ATTY        .00                          .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       --------------          --------------
TOTALS                       .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/18/07            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE